IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MANETIRONY CLERVRAIN,

    Plaintiff,

v.

                                            Case No.  20-cv-989-bbc

KENNETH T. CUCCINELLI,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 11/13/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |